STATE v. BLACKMON

No. 140 PC.

Case below: 38 N.C. App. 620.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 4 January 1979.

STATE v. CLEMMONS

No. 144 PC.

Case below: 34 N.C. App. 101.

Application by defendant for further review denied 4 January 1979.

STATE v. COX

No. 154 PC.

Case below: 38 N.C. App. 743.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 January 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 January 1979.

STATE v. DORSEY

No. 152 PC.

Case below: 38 N.C. App. 242.

Application by defendant for further review denied 4 January 1979.

STATE v. GRACE

No. 120 PC.

Case below: 37 N.C. App. 723.

Application by defendant for further review denied 4 January 1979.